```
1  VREJ V. GARABEDIAN, State Bar No. 249993
   LAW OFFICES OF VREJ GARABEDIAN
2  101 Ellinwood Drive
   Pleasant Hill, CA 94523
3  Telephone (925) 285-1748
   Facsimile  (888) 746-4689
4  Email: NeedCounsel@gmail.com

5  Attorney for Defendants,
   Elaine Pao Irrevocable Trust U/T/D 4/20/2000,
6  Jeff Pao Irrevocable Trust U/T/D 4/20/2000
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case Number: 3:14 - CV-02062-NC |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF THIRD PARTY COMPLAINT AND ORDER** |
| ELAINE PAO IRREVOCABLE TRUST U/T/D 4/20/2000, JEFF PAO IRREVOCABLE TRUST U/T/D 4/20/2000, ZARA RESTAURANT, INC. d/b/a IL PORCINO aka RISTORANTE IL PORCINO, | |
| Defendants. | |
| ELAINE PAO IRREVOCABLE TRUST U/T/D 4/20/2000, JEFF PAO IRREVOCABLE TRUST U/T/D 4/20/2000, | |
| Third Party Plaintiffs, | |
| v. | |
| SAHIN AKCA, an individual, MEHMET DEGERLI, and individual, and ZARA RESTAURANT, INC., a California corporation, d/b/a IL PORCINO aka RISTORANTE IL PORCINO, | |
| Third Party Defendants. | |

The undersigned counsel for Third Party Plaintiffs, ELAINE PAO IRREVOCABLE TRUST U/T/D 4/20/2000, JEFF PAO IRREVOCABLE TRUST U/T/D 4/20/2000, dismisses

1  without prejudice the Third Party Complaint in this action as to Third Party Defendant SAHIN
2  AKCA, an individual, who has not been served and who has not appeared in the action.
3    The Third Party Plaintiffs and Third Party Defendants MEHMET DEGERLI, and ZARA
4  RESTAURANT, INC. (hereinafter the "Parties") have reached a full and final settlement of all
5  issues between them in this action.  A Settlement Agreement between the Parties has been fully
6  executed.
7    Some parts of the Settlement Agreement are to be performed in the future.  The Parties
8  shall comply with the Settlement Agreement.  The Parties request the Court retain jurisdiction
9  for twenty-four months from the date hereof in order to enforce the terms of the Settlement
10 Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America* 511 U.S.
11 375, 381-82 (1994).
12   IT IS HEREBY STIPULATED by and between the Parties hereto through their
13 designated counsel that the Third Party Complaint is hereby dismissed with prejudice pursuant to
14 FRCP 41(a)(2), subject to the Court's retention of jurisdiction of the Third Party Complaint for
15 twenty-four months from the date hereof to enforce the Settlement Agreement.

Dated: October 21, 2014          Dated: October 21, 2014

BERLINER COHEN           LAW OFFICES OF VREJ GARABEDIAN

 /s/ *Laura Palazzolo*            /s/ *Vrej Garabedian*
By: LAURA PALAZZOLO        By: VREJ V. GARABEDIAN
Attorney for Third Party Defendants,      Attorney for Defendants and Third Party
MEHMET DEGERLI, ZARA         Plaintiffs, ELAINE PAO IRREVOCABLE
RESTAURANT, INC.           TRUST U/T/D 4/20/2000; JEFF PAO
                 IRREVOCABLE TRUST U/T/D 4/20/2000

IT IS SO ORDERED.

Dated: __November 10, 2014_____    _____
                   JUDGE OF THE DISTRICT COURT



*GRANTED — Judge Nathanael M. Cousins*

**STIPULATION FOR DISMISSAL OF THIRD PARTY COMPLAINT**